UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| TAMMY MICHELLE ROGERS, | ) Civil Action No. 5:22-CV-01909-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 21st day of December, 2022, upon consideration of Defendant's Motion to Remand, ECF No. 17, and Plaintiff's consent thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

December 21, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge