**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| TAMMY MICHELLE ROGERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:22-01909-KDW |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 1, 2023, Plaintiff filed a Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. ECF No. 21. On March 7, 2023, the Commissioner filed a Response, indicating that the Commissioner did not oppose payment of attorney fees in the amount requested by Plaintiff. ECF No. 23.

Now, this 7th day of March, 2023, it is hereby, ORDERED that Plaintiff's Motion, ECF No. 21, is granted and Plaintiff, Tammy Michelle Rogers, is awarded attorney fees in the amount of Six-Thousand, Twenty-Eight Dollars and 48/100 Cents ($6,028.48) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Tammy Michelle Rogers, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

March 7, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge